JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> THEE SOMBRERO, INC.; HONORIO ALVAREZ; ELEAZAR CARDONA, <br><br> Defendants. | No. EDCV12-01500 VAP (SPx)) <br><br> ORDER OF <br> <u>DISMISSAL WITH PREJUDICE</u> |

Based on the stipulation between plaintiff The Burlington Insurance Company and defendant Thee Sombrero, Inc. and for good cause appearing, this lawsuit is dismissed with prejudice against Thee Sombrero, Inc., with each party bearing its own attorneys' fees and costs.

Dated: May 30, 2013

*Virginia A. Phillips*

Virginia A. Phillips
United States District Judge

151461

MORISON & PROUGH, LLP

[Proposed] Order